*Ettore Mancuso,* appellant in person.

*Orrin G. Judd, Abraham S. Clayman* and *Earle K. Moore* for respondent.

*Daniel E. Kelly* for Board of Education of the Rye City School District, *amicus curiæ,* in support of respondent's position.

*Jacob K. Javits, Attorney-General (Henry S. Manley, Ruth Kessler Toch* and *Milton Alpert* of counsel), in his statutory capacity under section 71 of the Executive Law.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

MABEL L. SHAW et al., Doing Business as SHAW'S GENERAL STORE, Respondents, *v.* HOME MUTUAL FIRE INSURANCE COMPANY et al., Appellants.

Argued June 1, 1955; decided July 8, 1955.

*Gustav P. Blaustein* for appellants.
*Lawson Barnes* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of B & G CONSTRUCTION CORP. et al., Respondents, against BOARD OF APPEALS OF THE VILLAGE OF AMITYVILLE et al., Appellants.

Argued June 6, 1955; decided July 8, 1955.